IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**COREEN J. RICHARDSON**                                                    **PLAINTIFFS**

**V.**                             **NO. 4:20-CV-33-DMB-JMV**

**ANDREW SAUL, Commissioner**
**(Social Security Administration), et al.**                           **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered this day, this case is **DISMISSED without prejudice.**

**SO ORDERED**, this 26th day of March, 2021.

                                              **/s/Debra M. Brown**
                                              **UNITED STATES DISTRICT JUDGE**